**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02343-REB-NYW

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

    Plaintiff,

v.

TAMKO BUILDING PRODUCTS, INC., a Missouri Corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Granting Motion To Compel Arbitration** [#48] entered by Judge Robert E. Blackburn on April 13, 2016, it is

ORDERED that the parties shall proceed to arbitrate plaintiff's claims against defendant as provided by the arbitration clause of the Limited Warranty; it is

FURTHER ORDERED that all claims for relief and causes of action brought by plaintiff against defendant in this lawsuit are dismissed; it is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 14th day of April, 2016.

                                    FOR THE COURT:

                                    Jeffrey P. Colwell, Clerk

                                    By: <u>s/ Kathleen Finney</u>
                                            Kathleen Finney
                                            Deputy Clerk